UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
GUSTAVO GARCIA,

                        Plaintiff,

    - against -

J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT,

                        Defendants.
-----------------------------------------------------------------------x

Civil Action No.:
1:23-cv-00070

**NOTICE OF REMOVAL**

TO:    THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that Defendants J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT, hereby remove the civil action entitled *Gustavo Garcia v. J.B. Hunt Transport, Inc., and Duken Orane Grant*, Index Number 814422/2022E, from the Supreme Court of the State of New York, County of Bronx, where it is now pending, to the United States District Court of the Southern District of New York pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated: New York, New York
        January 5, 2023

                                        Yours, etc.,

                                        GALLO VITUCCI KLAR LLP

                        By: _____
                                        Heather C. Ragone, Esq.
                                        *Attorneys for Defendants*
                                        90 Broad Street, Suite 1202
                                        New York, New York 10004
                                        (718) 612-4466
                                        hragone@gvlaw.com
                                        File No.: JBH.2023001

TO:

   LAW OFFICES OF CHARLES E. FINELLI
   *Attorneys for Plaintiff*

1406-08 Zerega Avenue
Bronx, New York 10462
(718) 822-8020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
GUSTAVO GARCIA,  

                      Plaintiff,

- against -

J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT,

                      Defendants.
-----------------------------------------------------------------------------x

Civil Action No.:
1:23-cv-00070

**PETITION FOR REMOVAL**

**TO:   JUDGES OF THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK**

The Petition of Heather C. Ragone respectfully shows as follows:

1. That the undersigned is counsel for Defendants J.B. HUNT TRANSPORT INC., and DUKEN ORANE GRANT, hereby remove the civil action entitled *Gustavo Garcia v. J.B. Hunt Transport, Inc., and Duken Orane Grant*, Index Number 814422/2022E, which is currently pending in the Supreme Court of the State of New York, County of Bronx to the United States District Court of the Southern District of New York pursuant to 28 U.S.C. §§ 1332 and 1441.

2. This action was commenced by the filing of a Summons and Complaint on or about September 29, 2022. Copies of the Summons and Complaint are collectively annexed hereto as **Exhibit "A"**. That the cause of action as set forth in the Complaint seeks money damages for personal injuries.

3. In the Complaint, Plaintiff seeks to recover damages resulting from an alleged accident that took place on August 19, 2021, at or near the intersection of the southbound Bruckner Expressway and Metcalf Avenue, in the County of Bronx, State of New York (Exhibit "A").

4. The Complaint asserts causes of action against J.B. HUNT TRANSPORT INC.,

and DUKEN ORANE GRANT, sounding in negligence and seeking "in excess of $100,000" in damages and in an amount which "exceeds the jurisdictional limits of all lower Courts which otherwise have jurisdiction." See, Exhibit "A" at ¶ 37.

5. Plaintiff Gustavo Garcia is a natural person who is a resident and citizen of the County of Bronx, State of New York as indicated on the Police Report. See **Exhibit "B"** and as alleged in the Complaint. (Exhibit A).

6. Defendant J.B. Hunt Transport, Inc., is a foreign corporation with its principal place of business located in Lowell, Arizona. (Exhibit "B").

7. Defendant Duken Orane Grant is a natural person who is a resident and citizen of the County of Hartford, State of Connecticut. (Exhibit "B").

8. That this action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(c) since Plaintiff's action is a civil action wherein the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs and is between citizens of different states.

9. As the residence and domicile amongst the Defendants and the Plaintiff establish complete diversity of citizenship and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest, Defendants respectfully remove this action from the Supreme Court of the State of New York, County of Bronx to the United States District Court for the Southern District of New York.

**WHEREFORE**, Defendants respectfully request that the action now pending against them in the Supreme Court of the State of New York, County of Bronx be removed therefrom to this Court.

Dated: New York, New York
January 5, 2023

Yours, etc.,

GALLO VITUCCI KLAR LLP

By: _____
Heather C. Ragone, Esq.
*Attorneys for Defendants*
90 Broad Street, Suite 1202
New York, New York 10004
(718) 612-4466
hragone@gvlaw.com
File No.: JBH.2023001

TO:

LAW OFFICES OF CHARLES E. FINELLI
*Attorneys for Plaintiff*
1406-08 Zerega Avenue
Bronx, New York 10462
(718) 822-8020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

| | |
|---|---|
| GUSTAVO GARCIA, | Civil Action No.: 1:23-cv-00070 |
| Plaintiff, | |
| | **VERIFICATION** |
| - against - | |
| J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT, | |
| Defendants. | |

---------------------------------------------------------------------------x

Heather C. Ragone, being duly sworn according to law, deposes and says:

That I am counsel for Defendants, J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT, the within named Defendants/Petitioners; that I have read the foregoing Petition for Removal; and that the statements contained therein are true in substance and to my knowledge.

_____
HEATHER C. RAGONE (8757)

Sworn to before me this
5th day of January 2023

_____
Notary Public

JENNAFER ORTMULLER
NOTARY PUBLIC, State of New York
No. 01OR4973242
Qualified in Nassau County
Commission Expires Oct. 15, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Civil Action No.: 1:23-cv-00070

GUSTAVO GARCIA,

        Plaintiff,

- against -

J.B. HUNT TRANSPORT, INC., and DUKEN ORANE GRANT,

        Defendants.

**CIVIL COVER SHEET, NOTICE OF REMOVAL, PETITION OF REMOVAL AND RULE 7.1 STATEMENT**

GALLO VITUCCI KLAR LLP
*Attorneys for Defendant*
90 Broad Street, Suite 1202
New York, New York 10004
(718) 612-4466
hragone@gvlaw.com
File No.: JBH.2023001