```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GUSTAVO GARCIA,

                      Plaintiff,

-against-

J.B. HUNT TRANSPORT, INC.,
AND DUKEN ORANE GRANT,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/06/2023
```

23 Civ. 70 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 21, 2023, the Court scheduled a Case Management Conference in this action for October 10, 2023. ECF No. 17. The parties were required to file a joint status letter not later than one week in advance of the Conference. ECF No. 13 ¶ 16. That submission is now overdue.

    Accordingly, the Case Management Conference scheduled for October 10, 2023, is ADJOURNED *sine die*.

    Further, fact discovery closed on September 20, 2023. ECF No. 17. Pre-motion letters for summary judgment were due within fourteen days of the close of fact discovery. ECF No. 13 ¶ 16. Accordingly, by **October 12, 2023**, the parties are directed to file a joint letter providing a status update as to this action.

    SO ORDERED.

Dated: October 6, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge